JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORIS CHANEY, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**ABSORB HEALTH, LLC,**<br><br>Defendant. | Case No.: 2:18-cv-08121-RGK-SK<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(A)(1) |

    Having reviewed the parties' stipulation to dismiss the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class; and
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 29, 2018

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE